10641876

AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

2018 JUL 25 PM 1: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAREN DEJONG | ) Case No. 18-mj-1169-DLC | |
|  | ) | |
|  | ) | |
|  | ) | |
| Defendant | ) | |

RECEIVED FOR SERVICE 2018 JUL 24 P 2:49

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAREN DEJONG ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Embezzlement From an Agency Receiving Federal Funds, in violation of Title 18 United States Code Section 666 (a)(1)(A).

Date:   07/24/2018

*Issuing officer's signature*

City and state:   Boston, Masschusetts

Hon. Donald L. Cabell
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/25/2018